**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1620**

_____


In re:  LINWOOD GRAY; DARRELL BRACEY,


                  Petitioners.


                  _____


          On Petition for a Writ of Mandamus.
                 (8:94-cr-00241-DKC)

                  _____

Submitted:  June 29, 2012          Decided:  August 3, 2012

                  _____

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

                  _____

Petition denied by unpublished per curiam opinion.

                  _____

Linwood Gray; Darrell Bracey, Petitioners Pro Se.

                  _____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Gray and Darrell Bracey petition for a writ of mandamus, alleging that the district court has unduly delayed ruling on their Fed. R. Civ. P. 60(b) motion to reconsider the denial of their 28 U.S.C.A. § 2255 (West Supp. 2012) motion and also delayed ruling on their motion for recusal. They seek an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has recently entered an order denying the Petitioners' motions. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED